# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CHAIM KAPLAN, et al.
_____
Plaintiff(s)

vs.

Civil Action No.: 09-cv-00646-RWR

HEZBOLLAH et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 27th day of December, 20 10, I mailed:

1. ☒ One copy of the summons and complaint by DHL, pursuant Court's Order dated 11/29/10, pursuant to the provisions of FRCP 4(f)(3). (see attached letter)

2. ☐ One cop summons, complaint and notice of suit e of su], together with a translation of each into the official language of the foreign s registered mail, return receipt requested reques], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copie: summons, complaint and notice of suit : of suit], together with a translation of each into the official language of the foreign s certified mail, return receipt requested elivery], to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy summons and complaint .aint/or], together with a translation of each into the official language of the foreign st registered mail, return receipt requested juested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: ___/s/ Jackie Francis_____
Deputy Clerk

# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Fax: (718) 855-4696

December 9, 2010

Greg Hughes
Clerk's Office
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  *Kaplan et al. v. Hezbollah et al.*,
     Civil Action No. 09-646 (RWR) (D.D.C.)

Dear Mr. Hughes,

    We represent the plaintiffs in the above-referenced matter.

    On November 29, 2010, Judge Roberts issued a Minute Order directing that plaintiffs to complete service upon defendant Hezbollah "by serving al Manar television, al Nour radio, and the Lebanese Media Group each by international courier delivery." Minute Order, 11/29/10.

    Enclosed are four copies of the First Amended Complaint ("FAC") in this action, and four copies of a summons addressed to Hezbollah.

    We would like to effect service through DHL. Please use our DHL account number which is 787380287.

    Pursuant to Judge Robert's order, please send a copy of the FAC and a copy of the summons by DHL to each of the following four recipients:

    1)   Al Manar Television
           Abed al Nour Street
           Haret Hriek
           Beirut, Lebanon

2) Al Nour Radio
   Abed al Nour Street
   Alghobeiri, Haret Hriek
   Beirut, Lebanon

3) Lebanese Media Group
   Al Manar Building
   Ahmad Kassir Street
   Haret Hriek
   Baabda, Lebanon

4) Lebanese Media Group
   Abed al Nour Street
   Haret Hriek
   Beirut, Lebanon

Please make the appropriate docket entries reflecting both the receipt of this request and the sending of the DHL packages.

Please do not hesitate to contact me as necessary.

Sincerely,

Robert J. Tolchin

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

**SENDER'S RECEIPT**
WAYBILL #:     89  5669  8310

| | |
|---|---|
| To (Company) | |
| Lebanese Media Group | |
| Al Manar Building | |
| Ahmad Kassir Street | |
| Haret Hriek | |
| BAABDA, LEBANON | |
| Lebanon | |
| Attention To: | |
| Phone:     718-855-3627 | |

| | |
|---|---|
| Rate Estimate: | $49.07 |
| Protection: | Asset Protection US 0.00 |
| Description: | Legal Document |
| Customs Value: | 0.00 USD |
| Weight (lbs.): | 0.5 lb |
| Dimensions: | 0 x 0 x 0 |
| Ship Ref: | Kaplan v. Hezbollah |
| Special Svc: | Duties and Taxes Unpaid |

Sent By:     Clerk

Phone:     202-354-3050

Bill Shipment To:     SENDER
Bill to Acct:     787380287

DHL Signature (optional)_____Route_____Date_____Time____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:     89  5669  4390

To (Company)
  Al Nour Radio
  Abed al Nour Street
  Alghobeiri, Haret Hriek

  BEIRUT, LEBANON
  Lebanon
Attention To:
Phone:         718-855-3627

Sent By:       Clerk

Phone:         202-354-3050

Rate Estimate:    $49.07
Protection:       Asset Protection US 0.00
Description:      Legal Documents

Customs Value:    0.00 USD
Weight (lbs.):    0.5 lb
Dimensions:       0 x 0 x 0
Ship Ref:         Kaplan v. Hezbollah

Special Svc:      Duties and Taxes Unpaid

Bill Shipment To: SENDER
Bill to Acct:     787380287

DHL Signature (optional)_____ Route_____ Date_____ Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

Please fold or cut in half

# DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

**SENDER'S RECEIPT**
WAYBILL #:     89  5670  1585

| | |
|---|---|
| To (Company) | Rate Estimate: $49.07 |
| Lebanese Media Group | Protection: Asset Protection US 0.00 |
| Abed al Nour Street | Description: Legal Document |
| Haret Hriek | |
| | Customs Value: 0.00 USD |
| BEIRUT, LEBANON | Weight (lbs.): 0.5 lb |
| Lebanon | Dimensions: 0 x 0 x 0 |
| Attention To: | Ship Ref: Kaplan v. Hezbollah |
| Phone:     718-855-3627 | |
| | Special Svc: Duties and Taxes Unpaid |
| Sent By:     Clerk | |
| | Bill Shipment To: SENDER |
| Phone:     202-354-3050 | Bill to Acct: 787380287 |

DHL Signature (optional)_____Route_____Date_____Time____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.