

Contact Us | Sitemap

| Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global    [Search]



**Welcome back, Robert Tolchin**
- View DHL.com profile
- View Online Billing account
- Logout

**Track**
- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Track results detail

▶ Print this page

**Current status for 8956690584...**   ▶ Help

**Shipment delivered.** ✓

Delivered on: 12/31/2010  8:01 am
Delivered to:
Signed for by: ABU HADI    What is this?
Want to get the status of all your shipments in one place?    Learn more about DHL ProView ™

### Tracking history...   ▶ Help

| Date and time | Status | Location Service Area |
|---|---|---|
| 12/31/2010 8:01 am | Shipment delivered. | Beirut, Lebanon |
| 7:08 am | With delivery courier. | Beirut, Lebanon |
| 12/30/2010 10:31 pm | Arrived at DHL facility. | Beirut, Lebanon |
| 8:54 pm | Transit through DHL facility | Beirut, Lebanon |
| 11:43 am | Depart Facility | Paris, France |
| 8:53 am | Processed at DHL Location. | Paris, France |
| 12:08 am | Transit through DHL facility | Leipzig, Germany |
| 12/29/2010 9:34 am | Depart Facility | Cincinnati Hub, Oh |
| 5:39 am | Processed at DHL Location. | Cincinnati Hub, Oh |
| 2:57 am | Transit through DHL facility | Cincinnati Hub, Oh |
| 12/28/2010 8:38 pm | Depart Facility | Washington - Ronald Reagan National, Dc |
| 8:38 pm | Processed at DHL Location. | Washington - Ronald Reagan National, Dc |
| 6:41 pm | Departing origin. | Washington - Ronald Reagan National, Dc |
| 3:39 pm | Shipment picked up | Washington - Ronald Reagan National, Dc |

### Shipment details...   ▶ Help

| From | To | Shipment information |
|---|---|---|
| US DISTRICT COURT, DISTRICT OF DC<br>Washington, 20001<br>United States | Beirut, Lebanon | Ship date: 12/28/2010<br>Pieces: 1<br>Total weight: 1 lb  Note on weight<br>Shipment reference: KAPLAN V HEZBOLLAH |

▶ Track new shipment

Tracking detail provided by DHL: 1/4/2011, 8:40:48 am pt.

Questions?