**From:** US DISTRICT COURT, DISTRICT OF D.C. / GREG HUGHES
333 CONSTITUTION AVENUE, N.W. Phone: 2023543191
WASHINGTON 20001
UNITED STATES OF AMERICA

**Origin:** DCA

**To:** AL MANAR TELEVISION
ABED AL NOUR STREET
HARET HRIEK
**BEIRUT**
**LEBANON**

**Contact:** 7188553627

**Product:** X Express Envelope
**Payment Code:**

**Features / Services:**

**Ref Code:** KAPLAN V. HEZBOLLAH
**Account No.:** 787380287

**Date:** 2010-12-14

**Shpt Weight:** 0.500 L

**Piece:** 1

**Content:** LEGAL DOCUMENTS
These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited. Shipment may be carried via intermediate stopping places which DHL deems appropriate. DHL standard terms and conditions apply.

**Customs Value:** 0.000 USD

**WAYBILL 89 5669 0584 DUPLICATE**

License Plates of pieces in shipment:
- JD01 3036 3767 0001 2574