# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CHAIM KAPLAN, et al.

        Plaintiff(s)

Civil Action: 09-cv-00646-RWR

v.

HEZBOLLAH et al

        Defendant(s)

**RE:** HEZBOLLAH

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 12/31/2010, and an affidavit on behalf of the plaintiff having been filed, it is this 09 day of February, 2011 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Jackie Francis

Deputy Clerk