# Curriculum Vitae

## Guy Podoler, Ph.D.

### Research Areas
Modern and contemporary Korea.

### Position
Lecturer, Department of Asian Studies, The University of Haifa.

### Education
**Golda Meir Postdoctoral Fellowship Recipient**, Hebrew University, 2006/7.
**Visiting Scholar**, Centre for Korean Research, University of British Columbia, summer 2005.
**Ph.D.**  Hebrew University, Jerusalem.
**M.A.**  East Asian Studies with focus on Korea, Hebrew University.
**B.A.**  Japanese Studies, Hebrew University.

### List of Publications

*Books*

(1)   *Monuments, Memory, and Identity: Constructing the Colonial Past in South Korea*. Bern: Peter Lang (Forthcoming 2011).
(2)   Editor – *War and Militarism in Modern Japan: Issues of History and Identity*. Folkestone, Kent: Global Oriental, 2009.

*Articles in Refereed Journals:*

(1)   "Nation, State and Football: The Korean Case," *The International Journal of the History of Sport* 25, no.1 (January 2008): 1-17.
(2)   "Space and Identity: Myth and Imagery in the South Korean Patriotic Landscape," *Acta Koreana* 10, no. 1 (January 2007): 1-35.
(3)   "Japanese Colonialism, National Memory and Korean Football," *Japan Focus* (February 2006); available at http://www.japanfocus.org/article.asp?id=520.
(4)   "Revisiting the March First Movement: On the Commemorative Landscape and the Nexus Between History and Memory," *The Review of Korean Studies* 8, no. 3 (September 2005): 137-154.
(5)   "Remembering Colonialism: Monuments Commemorating the Period of Japanese Occupation in South Korea," *Zmanim: A Historical Quarterly* 86 (Spring 2004): 96-105 (In Hebrew).

*Articles in Books:*

(1)   "Seoul: Aspects of Identity Construction through the Urban Landscape," in *Memory, Forgetfulness and Spatial Construction,* edited by Haim Yacobi and

    Tovi Fenster. Jerusalem: Hakibutz Hameuchad and Van Leer Institute, (Forthcoming) (In Hebrew).

(2)  "Seoul: City, Identity and the Construction of the Past," in *Remembering, Forgetting and City Builders*, edited by Tovi Fenster and Haim Yacobi, pp. 121-140. Aldershot: Ashgate, 2010.

(3)  "Introduction," in *War and Militarism in Modern Japan: Issues of History and Identity,* edited by Guy Podoler, pp. 1-8. Folkestone, Kent: Global Oriental, 2009.

(4)  "The Effect of Japanese Colonial Brutality on Shaping Korean Identity: An Analysis of a Prison Turned Memorial Site in Seoul," in *War and Militarism in Modern Japan: Issues of History and Identity,* edited by Guy Podoler, pp. 199-214. Folkestone, Kent: Global Oriental, 2009.

(5)  (Co-authored with Michael Robinson) "On the Confluence of History and Memory: The Significance of the War for Korea," in *The Impact of the Russo-Japanese War*, edited by Rotem Kowner, pp. 183-198. London and New York: Routledge, 2007.

(6)  "The Autocrat" [on Park Chung Hee], in *Men of the Global South: A Reader,* edited by Adam Jones, pp. 217-220. London and New York: Zed Books, 2006.

(7)  "Dark Dawn and Sparks of Nationalism: Korea and the Implications of the War," in *The Forgotten Campaign: The Russo-Japanese War and its Legacy*, edited by Rotem Kowner, pp. 343-361. Tel Aviv: Ma'arachot, 2005. (In Hebrew).

*Book Reviews:*

(1)  Review of *Rethinking Historical Injustice and Reconciliation in Northeast Asia: The Korean Experience,* edited by Gi-Wook Shin, Soon-Won Park, and Daqing Yang, (London and New York: Routledge, 2007), In *Pacific Affairs* 80, no. 3 (Fall 2007), pp. 530-531. (Solicited by the journal).

*Other Publications:*

(1)  "Civil Society and Democracy in Korea: A View from Israel of 2010/11," *The World Congress for Korean Politics and Society 2011* [Proceedings], Korean Political Science Association, University of Incheon, Korea (August 23-25, 2011), pp. 7-22.

(2)  "A Nation Under Siege? – War and the Nuclear Threat in Israeli Cinema," *Proceedings of the 19th International Conference of The Korean Association of Middle East Studies*, Hankuk University of Foreign Studies, Seoul (October 2010), pp. 125-128.

(3)  "Designing History, Defining Identity: The Case of South Korea's Independence Hall," *Proceedings of the 6th International Conference of Design History and Design Studies*, edited by Haruhiko Fujita, pp. 250-253. Osaka: Osaka University, 2008.

(4)  Korean-language version of "Japanese Colonialism, National Memory and Korean Football," published by *OhmyNews* under the title "Nambukhan chukguwa sikmintongchiui gieok" (February 14, 2006); available at http://english.ohmynews.com/articleview/article_view.asp?menu=c10400&no=274265&rel_no=1&character_article_code=01.

(5) "On North Korea's Achievement: the Nuclear Weapon as a Bargaining Chip," solicited by *Yedioth Aharonot* daily newspaper (September 20, 2005), p. 4 (In Hebrew).

(6) "Naturalness Imagined: The March First Movement and Memory Politics in South Korea," *The Association for Korean Studies in Europe – 2005 Biennial Conference,* University of Sheffield (July 2005), pp. 139-143.

## Papers at Academic Conferences

I have presented papers, and was invited to deliver talks, at dozens of international conferences in Israel, East Asia, Europe, and the U.S. (Complete list is available upon request).

## Others

I am frequently approached by the media on contemporary issues concerning both North and South Korea.