# BARRY RUBIN

Haim ve-Elisha St 16 #2                4817 Morgan Drive
Tel Aviv, Israel 64288                 Chevy Chase, Md. 20815
972-3-528-7298                         (301)-652-2572
Fax: 972-3-525-6138
email: profbarryrubin@yahoo.com

PRINCIPAL POSITION
Professor and Director, Global Research in International Affairs (GLORIA) Center, Interdisciplinary University (2001-  ).

OTHER POSITIONS
Author, Rubin Reports blog, <http://www.rubinreports.blogspot.com>
Editor and Publisher, Middle East Review of International Affairs (MERIA) Journal (1996-  ).
Editor, Turkish Studies (1999-  )
Syndicated Middle East columnist, Jerusalem Post (1998-   ).
Middle East editor and Featured Columnist, PJ (Pajamas) Media (2011-)
Editor, Middle East in Focus series, Palgrave-Macmillan Press.
Editor, Middle East military/strategic series. Taylor & Francis publishers.
Editorial Board, Middle East Quarterly (2006-)

PREVIOUS POSITIONS
Visiting Senior Fellow, Washington Institute for Near East Policy (2007)
Editor and Publisher, Covenant (2006-2009)
Seymour & Lillian Abensohn Visiting Professor in Israel Studies, The American University, (2005-2006)
Deputy Director, BESA Center, Bar-Ilan University (1994-2002).
Professor of Political Science, Bar-Ilan University (1995-1996).
Visiting Professor, Middle East Technical University, Ankara, Turkey, Summer 1995.
Professor, Hebrew University, Rothberg School, 1994-1995.
Senior Fellow, Foreign Policy Institute and professor, Johns Hopkins University SAIS, 1986-1993.
Senior Fellow, Washington Institute for Near East Policy, 1988-1991.
Fulbright Fellow, Haifa and Tel Aviv universities, 1990-91.
Senior Analyst, Orkand Corporation 1986-1990.
Foreign policy adviser, Senate staff, Senator Gary Hart, 1985-86.
Senior Fellow in Middle East Studies, Georgetown University Center for Strategic & International Studies, 1978-1985.

EDUCATION
Georgetown University, PhD, 1978.
Rutgers University, MA, 1974.
Richmond College, BA, Magna cum Laude, 1972.

BOOKS

Nazi Germany and the Middle East, with Wolfgang Schwanitz, Yale University Press (2012)

Israel: An Introduction, Yale University Press January 2012

Children of Dolhinov: A Town Amidst Time

History of Islam, Otto publishers (2008)

The Truth About Syria, Palgrave-MacMillan (2007); paperback, 2008.

The Iranian Revolution and the Resurgence of Islam, Otto publishers (2006)

The Middle East Since 1991, Otto (2006).

The Long War for Freedom: The Arab Struggle for Democracy in the Middle East, John Wiley Publishers (2005).

Hating America: A History, Oxford University Press (2004); paperback, 2006.

Yasir Arafat: A Political Biography Oxford University Press 2003; paperback, 2005. British/Commonwealth edition: Continuum 2003. Australian edition: Allan & Unwin. Italian edition: Mondadori, 2004; Hebrew edition, Yediot Aharnot, 2005; Turkish edition, Aykiri Yayincilik, 2005

The Tragedy of the Middle East, Cambridge University Press (2002); paperback 2004. Korean edition: Hanul Publishing, 2005.

Islamic Fundamentalism in Egyptian Politics, Second Revised Edition Palgrave Press (2002, 2008).

Istanbul Intrigues, Bosphorus University Press (2002). Turkish edition, Dogan (third printing, 2007).

The Transformation of Palestinian Politics, Harvard University Press (Cambridge, Ma., 1999). Paperback 2001.

Revolution Until Victory?: The Politics and History of the PLO, Harvard University Press, 1994. (two printings). Paperback, Harvard University Press, 1996.

Assimilation and its Discontents, Times/Random House, 1995.

Cauldron of Turmoil: America in the Middle East, Harcourt, Brace, Jovanovich, 1992.

<u>Islamic Fundamentalism in Egyptian Politics</u>, St. Martin's Press (U.S.) and MacMillan (British edition), 1991.

<u>Istanbul Intrigues</u>, McGraw-Hill, 1989. Paperback, Pharos/MacMillan, 1992. Turkish edition <u>Istanbul Entrikalari</u>, Milliyet Yayinlari, (Istanbul, 1994), three printings (1996, 1999).

<u>Modern Dictators: Third World Coupmakers, Strongmen, and Populist Tyrants</u>, McGraw-Hill, 1987. British edition, WH Allen, 1987; paperback, New American Library/Meridian, 1988 (two printings).

<u>Secrets of State: The State Department and The Struggle Over U.S. Foreign Policy</u>, Oxford University Press, 1985; paperback, 1987 (two printings).

<u>The Arab States and the Palestine Conflict</u> Syracuse University Press, hardcover and paperback, 1981 (three printings).

<u>Paved with Good Intentions: The American Experience and Iran</u>  Oxford University Press, hardcover, 1980 (three printings); Viking/Penguin, paperback, 1981 (five printings). Published in Persian as <u>The War for Power in Iran</u> (Tehran, multiple printings of which the latest is 1992).

<u>The Great Powers in the Middle East 1941-1947: The Road to Cold War</u> Frank Cass, 1981.

<u>How Others Report Us: America in the Foreign Press</u> Sage, 1979.

<u>International News & The American Media</u> Sage, 1977.

EDITED BOOKS
Barry Rubin, Security and Stability in the Middle East, four volumes (Routledge, 2011)

Barry Rubin, <u>Iraq After Saddam</u> (Sharpe, in press)

Barry Rubin, Volume 2, *The Middle East: A Guide to Politics, Economics, Society, and Culture, two volumes (Sharpe, 2011)

Barry Rubin and Birol Yasilada, Islamization of Turkey under the AKP Rule (Routledge, 2010)

<u>The West and the Middle East</u>, four volumes (Taylor & Francis, 2010).

<u>The Muslim Brotherhood: A Global Islamist Movement</u> (Palgrave-Macmillan, 2010)

<u>Conflict and Insurgency in the Contemporary Middle East</u> (Taylor & Francis, 2009); paperback 2010.

Lebanon: Liberation, Independence, and Crisis (Palgrave-Macmillan, 2009; paperback 2010).

Barry Rubin, Survey of Islamism, two volumes (Sharpe, 2009).

Walter Laqueur and Barry Rubin, The Israel-Arab Reader co-editor, Viking/Penguin, Seventh Edition (2008).

Barry Rubin and Judith Colp Rubin, Chronologies of Modern Terrorism, (Sharpe, 2008).

Barry Rubin, Political Islam, three volumes, (Routledge, 2006).

Barry Rubin and Ali Carkoglu, Religion and Politics in Turkey (Taylor & Francis, 2006).

Barry Rubin and Judith Colp Rubin, Loathing America (Global Research in International Affairs Center, 2004).

Barry Rubin and Ali Carkoglu, Greek-Turkish Relations in an Era of Détente (Frank Cass, 2004)

Barry Rubin and Ziya Onis, Turkey's Economic Crisis (Frank Cass, 2003).

Barry Rubin and Ali Carkoglu, Turkey and the European Union: Domestic Politics, Economic Interation and international Dynamics. (Frank Cass, 2003).

Barry Rubin and Judith Colp Rubin, Anti-American Terrorism and the Middle East (Oxford University Press, 2002); paperback 2004.

Barry Rubin and Metin Heper, Political Parties in Turkey (Frank Cass, 2002).

Contemporary Islamist Movements in the Middle East (SUNY Press, 2001). Turkish Edition: Avrasya, Ankara, 2002.

The Region at the Center of the World: Crises and Quandries in the Contemporary Persian Gulf, (Frank Cass., 2002).

Barry Rubin, The Armed Forces in the Contemporary Middle East (Frank Cass, 2001).

The Israel-Arab Reader, co-editor, sixth edition, Viking-Penguin, 2001. Five printings.

Turkey in World Politics: An Emerging Multi-Regional Power, co-editor, Lynne Rienner (Boulder, Co., 2001). Paperback: Bosphorus University Press (Istanbul, 2002). Gunumuzde Turkiye'nin Dis Politikasi Turkish-language edition: Bosphorus University Press (Istanbul, 2002).

America and Its Allies, co-editor, Frank Cass, (London, 2001).

The Israel-Arab Reader, co-editor, new, fifth, edition, Viking-Penguin, 1995.

From War to Peace, 1973-1993, editor, NYU/Sussex Academic Press, 1994.

Iraq's Road to War: Politics, Economics, and Foreign Relations, co-editor, St. Martins, 1994; European edition, Macmillan; paperback edition, St. Martins, 1996. Second edition, Palgrave-Macmillan 2009.

Terrorism and Politics, St. Martins, 1991.

Gulfwatch Anthology, co-editor, Washington Institute, 1991.

Critical Essays on Israeli Society, Politics, and Culture, co-edited, SUNY Press, 1991.

The Politics of Terrorism: Counterterrorist Policies, Johns Hopkins, 1990.

The Politics of Terrorism: Terror as a State and Revolutionary Strategy, Johns Hopkins, 1989.

Central America Crisis Reader co-editor, Simon & Schuster, hardcover and paperback (two printings) 1987.

The Israel-Arab Reader co-editor, Facts on File, hardcover;   Viking/Penguin, paperback, 1995; 1984. (seven printings)

The Human Rights Reader co-editor, Temple University/Wildwood Press, hardcover; New American Library, paperback, 1979 (four printings). Second Edition: New American Library, 1989 (three printings). French edition: Nouveaux Horizons (two printings), 1992, 1998.

Human Rights and U.S. Foreign Policy co-editor, Westview, 1979.

DISSERTATION
"American Perceptions of Great Power Politics in the Middle East, 1941-1947," Georgetown University, 1978.

MONOGRAPHS
"A Short History of Islam," (Otto Publishers, Philadelphia, 2009).

Pushback or Progress: Arab Regimes Respond to Democracy's Challenge, (Washington Institute for Near East Policy, 2007).

"Understanding Anti-Americanism," Foreign Policy Research Institute August 20, 2004.

Géopolitique du Territoire Controversé et d'un éventuel Etat Palestinien," Association Francaise pour le development de la geograpahiem," April 2003, http://www.afdg.org/spip/article.php3?id_article=33&var_recherche=barry+rubin.

Efficient Use of Limited Water Resources: Making Israel a Model State, BESA Center, 2001.(English and Hebrew). http://www.biu.ac.il/soc/besa/water.html

Israel, The Palestinians, and The Arab States, BESA Center, 1998.

North Korea's Threat to the Middle East and the Middle East's Threat to Asia. BESA Center, 1997.

The Palestinian Charter: Prospects for Change and Options for Israel, BESA Center, 1996.

Middle East Radical States and Movements: Their Impact on the Peace Process BESA Center, 1996.

Assessing The New Middle East: Opportunities and Risks Bar-Ilan University BESA Center, Security and Policy Studies, 1995.

How School Materials Teach and Misteach World Affairs: The Middle East, American Federation of Teachers/Freedom House, 1994.

The PLO Between Anti-Zionism and Antisemitism, Hebrew University Sassoon Center, 1993.

U.S. Policy and the Radical Middle East States, Washington Institute for Near East Policy, Policy Paper, 1993.

The Future of Terrorism, Johns Hopkins SAIS, 1992.

The Arab States and the Arab-Israeli Conflict: Linkage or Disengagement? Washington Institute for Near East Policy, Focus No. 17, December 1990.

Inside the PLO: Officials, Notables, and Revolutionaries Washington Institute for Near East Policy, Focus No. 12, December 1989.

The PLO's New Policy: Evolution Until Victory? Washington Institute for Near East Policy, Policy Paper #13, June 1989.

The PLO--A Declaration of Independence? Washington Institute for Near East Policy, Policy Focus No. 8, November 1988.

The May 1983 Agreement over Lebanon, FPI Case Studies, 1987.

The PLO's Intractable Foreign Policy, Washington Institute for Near East Policy, 1986.

Who Lost Lebanon? Johns Hopkins SAIS, 1985.

BOOK CHAPTERS AND JOURNAL ARTICLES

"Reflections on the Egyptian Revolution," Limes, March 2011.

Response on Containment, Foreign Affairs, July-August 2010

"Unfinished Business and Unexploited Opportunities: Central and Eastern Europe, Jews, and the Jewish State," Israel Journal of Affairs, Vol. 4, No. 2 (2010), pp. 37-47. http://israelcfr.com/documents/4-2-5-BarryRubin.pdf

"Israel: Themes in its History," in Brigitte Bailer, Israel: History and Present (Braumuller-Verlag, Vienna, Austria) 2009.

"U.S. Middle East Policy: Too Many Challenges and Yet a Single Theme," MERIA Journal, Vol. 13, No. 2, June 2009, pp. 28-39. Spanish version: "La política de Estados Unidos en Medio Oriente: demasiados desafíos y aún un único tema," Oriente, N°2 (Buenos Aires, 2009)

"Virtually Unnoticed, A Totally New Middle East," Israel Journal of Foreign Affairs, Vol. 3, No. 2 Summer 2009.

"Israel's Northern Front," The Ambassadors Review, Fall 2008, pp. 68-72.

"Israel and the Palestinians," in Robert O. Freedman, Contemporary Israel, Westview Press, 2008, pp. 175-196.

"The Great Game," in English and Italian, Aspenia 37, September 2008.

U.S. Middle East Policy article in Johns Hopkins University Encyclopedia of American Studies Online http://eas-ref.press.jhu.edu/

"Iran: L'Émergence d'Une Puissance RÉgionale," Géoéconomie, No. 45, Printemps 2008, pp. 1-17.

"An Introduction to Assessing Contemporary Islamism" and "Syria," in Barry Rubin. Global Survey of Islamism, (Sharpe, 2008).

"Iran's Nuclear and Syria's Iraq Adventures," MERIA Journal, Vol. 11, No. 3, September 2007, pp.

"How Arab Regimes Dealt with the Democracy Challenge," MERIA Journal, Vol. 11, No. 3, September 2007, pp. 89-105. In Italian, *Diritto e Libertà,* Winter 2008. Heartland, 2008, 1, pp. 92-108.

"La Cascata Iraniana ["How Iran's Nuclear Weapon Would Change Arab Politics,"] Aspenia, Fall 2007, pp. 228-232.

"Comparing Three Muslim Brotherhoods: Syria, Jordan, Egypt," MERIA Journal, Vol. 11, No. 2 June 2007, pp. 107-116.

Syria and Iraq: The Inconvenient Truths," in David Pollock, "Ask About the Neighbors": Iraq and the Arabs on Its Borders" (Washington Institute for Near East Policy, 2007).

"The Truth About Syria," book extract, Democratiya 10 (Autumn 2007).
http://www.democratiya.com/review.asp?reviews_id=107

"Iran: The Rise of a Power," (In French) Geoeconomie #42, July 2007.

"Arab Politics: Back to Futility," Middle East Quarterly, Winter 2007, Vol. 14, No. 1.

"The Two Greatest Hatreds" [Antisemitism and Anti-Americanism] Covenant, Vol. 1, No. 1, November 2006. <http://www.covenant.idc.ac.il/en/vol1/issue1/rubin.html>

"Why Syria Matters," MERIA Journal, Vol. 10, No. 6, June 2006, pp. 21-40.

"Iran: The Rise of a Regional Power," MERIA Journal, Vol. 10, No. 3, September 2006, pp. 142-151.

"The Decline and fall of the Palestinian nationalist movement," in Barry Rubin, Political Islam, Vol. II, (Routledge, 2007), pp. 422-437.

"Il Suicidio Arabo," LIMES, September 2006 (in Italian)

"Israel's New Strategy," Foreign Affairs, Summer 2006.

"Déclin et Chute du Mouvement Nationaliste Palestinien," Politique Etrangere, June 2006. (2:006), pp. 409-420.

"What's Wrong: The Liberal Critique of Arab Society," MERIA Journal, Vol. 9, No. 4, December 2005, pp. 72-85.

"The Ethnic-Communal Factor in Middle East Politics," Journal of Democracy, January 2006 issue

(vol. 17, no. 1).

"Arab Liberals Debate About America," Winter 2006 Middle East Quarterly, vol. 13, no. 1, pp. 49-58.

"Reality Bites: The Impending Logic of Withdrawal from Iraq," The Washington Quarterly, Spring 2005, Vol. 28, No. 2, pp. 67-80.

"Arafat's Poisoned Legacy," National Interest, Issue #79, Spring 2005, pp. 53-61.

"External Influences on Israel's 2003 Election," Israel Affairs, Vol. 10, No .4 (Summer 2004), pp. 205-216.

With Judith Colp Rubin, "Anti-Americanism Re-Examined," Brown Journal of World Affairs, Vol. 11, No. 1 (Summer/Fall 2004).

"Life After Arafat," Liberal Forum in Italy, 2004.

"Looking Past Arafat," Middle East Quarterly, Vol. 9, No. 2 (Spring 2004), pp. 13-21.

"Geopolitique du territoire controverse et d'un eventual Etat Palestinien," in Frontieres Palestiniennes Regards Croises des Geographes," Geographes Associes (Lyon, France, 2004), pp. 21-34.

"Lessons from Iran," in Alexander T. J. Lennon and Camille Eiss, Reshaping Rogue States: Preemption, Regime Change, and U.S. Policy toward Iran, Iraq, and North Korea, (Boston: MIT Press, 2004), pp. 141-156.

Policywatch #811 "Special Policy Forum Report: Anti-Americanism: Due to What the U.S. is or What the U.S. Does?" Washington Institute of Near East Policy, December 2, 2003.

Introduction in Uri Bar-Joseph and Amos Perlmutter, Two Minutes Over Baghdad (Frank Cass, 2003).

"Perché il Muro serve", in Limes, rivista italiana di geopolitica, n. 5/2003, "La vittoria insabbiata" pp. 211-213.

"Wem nützt der arabische Antiamerikanismus?" in Thomas Uwer & Thomas von der Osten-Sacken. "Amerika – Der "war on terror" und der Aufstand der Alten Welt ("America–the war on terror and the uprising of the Old World), (Ca Ira, Freiburg, Germany, 2003).

"Regime Change and Iran: A Case Study," Washington Quarterly, 2003.

"U.S. Foreign Policy in the Middle East, Grolier, Encylopaedia of American Studies."

"External Factors in Israel's 2003 Elections," Shmuel Sandler and Ben Mollov, Israel at the Polls, 2003 (Frank Cass, 2003) and Israel Studies, Vol. 10, Issue 4, Summer 2004, pp. 205-216.

"What is Right is in U.S. Interests" in What Does the World Want from America? (MIT Press, 2003).

"The Real Roots of Arab Anti-Americanism," Foreign Affairs, November-December 2002. Also Foreign Affairs en Espanol, V. 3, No. 1 2003, "Por que los arabes odian a Estados Unidos?"

"U.S. Middle East Policy, 1999," in Bruce Maddy-Weitzman, Middle East Contemporary Survey, 1999, Volume 23, (NY, 2002).

"After Arafat," Middle East Insight, February-March 2002.

"The Palestinian Movement: From Catastrophe to Disaster," in Robert O. Freedman The Middle East Enters the 21st Century, (University of Florida Press, 2002).

"An Ideal U.S. Policy for the Middle East," Washington Quarterly, Summer 2001 and in Alexander Lennon, What Does the World Want from America? (MIT Press, 2002).

"The Military in Contemporary Middle East Politics," MERIA Journal, Vol. 5, No. 1 (March 2001) and in Barry Rubin and Thomas Keaney, The Armed Forces in the Contemporary Middle East (Frank Cass, 2001).

"The Future of Palestinian Politics: Factions, Frictions, and Functions," Middle East Review of International Affairs (MERIA) Journal, Vol. 4, No. 3 (September 2000).

"Understanding Syrian Policy: An Analysis of Foreign Minister Faruq al-Shara's Explanation," Middle East Review of International Affairs (MERIA) Journal, Vol. 4, No. 2 (June 2000).

"External Factors in Israel's 1999 Elections," Dan Elazar and Ben Mollov, Israel at the Polls, 1999 (Frank Cass, 2001) and Israel Studies, Vol. 7, No. 2 (Winter 2001). Reprinted Barry Rubin, "EInfluences on Israel's 1999 Election," Middle East Review of International Affairs (MERIA) Journal, Vol. 3, No. 4 (December 1999).

"Understanding Syrian Policy" Middle East Review of International Affairs (MERIA) Journal Vol. 4, No. 2 (June 2000).

"Iran Uzerine Bazi Notlar" (Notes on Iran), Avrasya Dosyasi, Vol.5, No.3, (Fall 1999), Special Issue on Iran, pp.84-89 [In Turkish].

"U.S. Middle East Policy, 1998," in Bruce Maddy-Weitzman, <u>Middle East Contemporary Survey, 1998</u>, Volume 22, (NY, 2000).

"U.S. Middle East Policy, 1997," in Bruce Maddy-Weitzman, <u>Middle East Contemporary Survey, 1997</u>, Volume 21, (NY, 1999).

"U.S. Foreign Policy and Rogue States," <u>International Politik</u>, June 1999. Reprinted in <u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 3, No. 3 (September 1999).

"The Persian Gulf After the Cold War: Old Pattern, New Era," <u>World Affairs</u>, April-June 1999. Reprinted in <u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 3, No. 2 (June 1999).

"Israel's 1999 Election and New Government Coalition," <u>MERIA News</u>, 1999/7 (June 1999).

"China's Middle East Strategy," Raman Kumarswamy, <u>China and the Middle East: The Quest for Influence</u>, (Sage, 1999) and <u>China Report</u>, special issue, No.3-4, 1998. Reprinted in <u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 3, No. 1 (February 1999).

"The Geopolitics of Middle East Conflict and Crisis"
<u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 2, No. 3 (September 1998).

"Islamic Radicalism in the Middle East," <u>Middle East Review of International Affairs (MERIA) Journal</u>, (Vol. 2, No. 2, May 1998).

"Theories and Fields of Policy Analysis: Purpose and Function" and "Concepts and Relationship to Policy Making" in Palestinian Academic Society for the Study of International Affairs (PASSIA), <u>Policy Analysis</u> (Jerusalem, 1998).

"After Arafat: Succession and Stability in Palestinian Politics," (different version), <u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 2 No. 1, March 1998.

"After Arafat: Succession and Stability in Palestinian Politics," <u>Middle East Quarterly</u>, January 1998.

"Israel, The Palestinian Authority, And the Arab States," <u>MERIA Journal</u>, Vol. 1 No. 4, December 1997.

"Defining the New Middle East," <u>MERIA Journal</u>, Vol. 1 No. 3, September 1997.

"External Influences on Israel's 1996 Election," in <u>Israel Affairs</u>, Vol. 4 No. 1, Autumn 1997 and in Dan Elazar and Shmuel Sandler, <u>Israel's 1996 Election</u> (Frank Cass, 1998) and <u>Israel Studies</u>

special issue, Autumn 2000.

"U.S. Middle East Policy, 1996," in Bruce Maddy-Weitzman, <u>Middle East Contemporary Survey, 1996</u>, Volume 20, 1998.

"Israel, The PA and the Arab States," <u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 1, No. 4 (December 1997).

"Misperceptions and Perfect Understanding: The US and the PLO," in Avram Sela and Moshe Ma'oz, <u>The PLO and Israel, From Armed Struggle to Political Settlement</u> (St. Martins Press, 1997).

"Defining the New Middle East," <u>Middle East Review of International Affairs (MERIA) Journal</u>, Vol. 1, No. 3 (September 1997).

"Notes on Turkey-Israel Relations," <u>MERIA News</u>, 1997/7 (July 1997).

"Is The Arab-Israeli Conflict Over?" <u>Middle East Quarterly</u>, September 1996.

"U.S. Middle East Policy, 1995," in Bruce Maddy-Weitzman, <u>Middle East Contemporary Survey, 1995</u>, Volume 19, 1997.

"Turkey and the Holocaust," in Walter Laqueur, <u>Encyclopaedia of the Holocaust</u> (Yale University Press, 1996).

"U.S. Middle East Policy, 1994," in Ami Ayalon, <u>Middle East Contemporary Survey, 1994</u>, Volume 18, (NY, 1996).

"American Jews, Israel, and the Psychological Role of Antisemitism," in Jerome Chanes, <u>Antisemitism in America: Myths and Realities</u> (Birch Lane Press, 1995).

"From War to Peace," in Barry Rubin, <u>From War to Peace, 1973-1993</u>, Sussex Academic Press, 1994.

"How School Materials Teach About the Middle East," <u>American Educator</u>, Summer 1994.

"U.S. Middle East Policy, 1993," in Ami Ayalon, <u>Middle East Contemporary Survey, 1993</u>, Volume 17, 1995.

"U.S.-Israel Relations and Israel's 1992 Elections," in Asher Arian and Michal Shamir, <u>Elections in Israel</u> (SUNY Press, Albany, NY, 1994).

"Religion and International Affairs," Douglas M. Johnston and Cynthia Samson, <u>Religion: The Missing Dimension of Statecraft</u>  Oxford University Press, 1994.

"The United States and Iraq" and "The PLO and Iraq" in Amatzia Baram and Barry Rubin, <u>Iraq's Road to War</u> (St. Martins, 1994).

"U.S. Middle East Policy, 1992," in Ami Ayalon, <u>Middle East Contemporary Survey, 1992</u>, Volume 16, (NY, 1993).

"The PLO After the Gulf Crisis," in Robb Satloff, <u>The Politics of Change in the Middle East</u>, (Westview, 1993).

"The Middle East in 1993," in Yoshiki Hidaka, <u>1993-nen wo Yomu</u> [Prospects for 1993], (Gakushukenkyusha, Tokyo, 1992).

"U.S. Middle East Policy and the Intifada," in Gad Gilbar and Asher Susser, <u>At the Core of the Conflict: The Intifada</u>, HaKibbutz Meuchad (Tel Aviv, 1992).

"U.S. Middle East Policy, 1991," in Ami Ayalon, <u>Middle East Contemporary Survey, 1991</u>, Volume 15, (NY, 1992).

"U.S. Middle East Policy in a Post-Cold War Era," in Ken Oye, et. al., <u>Eagle In a New World</u>, HarperCollins, 1992.

"Pan-Arab Nationalism: The Ideological Dream as Compelling Force," in <u>Journal of Contemporary History</u>, Vol. 26 (1991).

"The Kuwait Crisis, 1990," in Ami Ayalon, <u>Middle East Contemporary Survey, 1990</u>, Volume 14, (NY, 1991).

"U.S. Middle East Policy, 1990," in Ami Ayalon, <u>Middle East Contemporary Survey, 1990</u>, Volume 14, (NY, 1991).

"The Origins of PLO Terrorism," in Barry Rubin, <u>Terrorism and Politics</u>, St. Martins, 1991.

"U.S. Policy in the Middle East, 1985-1988," in Robert Freedman, <u>The Middle East from the Iran-Contra Affair to the Intifada,</u> (Syracuse University Press, 1991).

"The U.S. and the Case of the Shah," in Adam Garfinkle, <u>Friendly Tyrants: An American Dilemma</u> (St. Martins, 1990).

"U.S. Middle East Policy in 1987," in Ami Ayalon, <u>Middle East Contemporary Survey</u>, Vol. 11 1987 (Westview, 1989).

"Reshaping the Middle East," <u>Foreign Affairs</u>, Spring 1990.

"State's Image: Legacy of 200 Years," <u>Foreign Service Journal</u>, September 1989.

"The Gulf States and the Iran-Iraq War," in Efraim Karsh, <u>The Iran-Iraq War: Impact and Implications</u> (MacMillan, 1989).

"The Reagan Administration and the Middle East," Ami Ayalon, <u>The Middle East Contemporary Survey, Vol. 10 1986-87</u>, (Westview, 1989).

"Seeds of a Post-Khomeini Iran: The First Decade of the Islamic Republic," William Frankel, <u>Survey of Jewish Affairs, 1989</u>, (Blackwell, 1989).

"The Uses of Terrorism in the Middle East," in Barry Rubin, <u>The Politics of Terrorism</u>, (Johns Hopkins, 1988).

"Israeli Foreign Policy," in Ian Lustick, <u>Books on Israel</u>, SUNY Press (Albany, 1988).

"The Superpowers and the Making of Middle East Wars," in Steven Spiegel, <u>The U.S., The USSR, and The Middle East</u>, (Lexington, 1988).

"The United States and the Middle East," Itamar Rabinovich, <u>The Middle East Contemporary Survey, Vol. 9, 1984-1985</u>, (NY, 1987).

"The United States in the Middle East," in Robert Freedman, <u>The Middle East After the Israeli Invasion of Lebanon</u> (Syracuse University Press, 1986).

"The Reagan Administration and the Middle East," in Ken Oye et al, <u>The Eagle Resurgent</u>, (Little-Brown, 1986).

"U.S. Policy and the Iranian Revolution," in Jonathan Adelman, <u>Superpowers and Revolution</u> (Praeger, l986).

"The State of U.S.-Iran Relations," in Barry Rosen, <u>Iran Since the Revolution</u> (Brooklyn College, 1986).

"U.S. Policy in the Middle East," in Colin Legum et al, <u>Middle East Contemporary Survey, Vol. 8, 1983-84</u> (Holmes & Meier, 1985).

"Middle East: The Search for Peace," <u>Foreign Affairs</u> Vol. 64 No. 3 (1985).

"Iran Caught in a Backlash," in Lisa Taylor, <u>The Phenomenon of Change</u> (NY 1984).

"Process Over Policy," <u>Foreign Service Journal</u>, July-August 1984.

"Reagan Administration Policymaking in Central America," in Robert Leiken, <u>Anatomy of Conflict</u> (Pergamon, 1984).

"U.S. Policy in the Middle East," in Colin Legum et al, <u>Middle East Contemporary Survey, 1982-83, Vol. 7</u> (Holmes & Meier, 1984).

"The Soviets and Southwest Asia," <u>Problems of Communism</u>, January- February 1984.

"From Ardor to Apathy in Postrevolutionary Iran," <u>Asia</u> Magazine, December 1983.

"U.S. Policy in the Middle East," in Colin Legum et al, <u>Middle East Contemporary Survey, 1981-82, Vol. 6</u> (Holmes & Meier, 1983).

"The Reagan Administration and the Middle East," in Robert Lieber et al, <u>Eagle Defiant</u> (Little Brown, 1983).

"Iran, the Ayatollah, and U.S. Options," <u>Washington Quarterly</u>, Summer 1983.

"Iran's Year of Turmoil," <u>Current History</u>, January 1983.

"Zimbabwe's Media Experiment," <u>Washington Journalism Review</u>, November 1980.

"Iran," <u>Washington Journalism Review</u>, April 1980.

"U.S.-Iraq Relations: A Spring Thaw?" in Tim Niblock, <u>Iraq: The Contemporary State</u> (Croon Helm, 1982).

"The Iranian Revolution and Gulf Instability," in Shirin Tahir- Kheli et al, <u>The Iran-Iraq War: Old Conflict, New Weapons</u> (Praeger, 1982).

"U.S. Policy in the Middle East," in Colin Legum et al, <u>Middle East Contemporary Survey 1980-1981, Vol. 5</u> (NY, 1982).

"American Relations with the Islamic Republic of Iran 1979-1981," in Farhad Kazemi, <u>Perspectives on the Iranian Revolution</u> (New York University Press, 1982).

"America and the Egyptian Revolution, 1950-1957," <u>Political Science Quarterly</u>, Vol. 97, No. 1, (Spring 1982).

"The Pursuit of Peace: Cairo and Jerusalem," <u>Washington Quarterly</u>, Winter 1980.

"Egypt and Israel: The Politics of Conciliation," in <u>Egypt and Israel: Prospects for a New Era</u>

(Transaction, 1979).

"Anglo-American Relations in Saudi Arabia, 1941-1945," <u>Journal of Contemporary History</u>, Spring 1979.

"Arab Power and Politics," <u>Washington Quarterly</u>, Summer 1979.

"The Press in its Own Image," <u>Washington Quarterly</u>, Summer 1979. (In German: "Presse und Aubenpolitik," <u>Europaische Rundschau</u> (Vienna) Spring 1979.

"Egypt and the Palestine Question, 1922-1939," <u>Essays on Israel and Palestine</u> (Wiener Library, 1978).

"The Third World & U.S. Media," <u>Development Forum</u> (Geneva), July 1978.

Henry Kissinger & The Theory of American Foreign Policy," <u>Contemporary Review</u>, May 1978.

"Latin America and the Arab-Israeli Conflict," <u>Wiener Library Bulletin</u> (London), Summer 1976.

"Europe and the Middle East," <u>The Nation</u>, May 15, 1976.

"Media and Middle East Conflict," <u>Middle East Review</u>, Winter 1976.

"International Censorship," <u>Columbia Journalism Review</u>, September-October 1975.


TEACHING
American University, 2005-2006
 Democratic Reform in the Middle East; Israel in International Affairs, Spring 2006
 Israeli Society, Fall 2005.

Bar-Ilan University, 1995-1996
 U.S. Policy and the Middle East seminar (graduate) and Revolutionary Movements in the Middle East seminar, Fall 1995 and Spring 1996.

Hebrew University, 1992-1995
 U.S. Policy and the Middle East, Summer 1992, Fall 1994; International Terrorism, Spring 1994; Arab-Israeli Peace Process seminar (graduate), Fall 1994; Spring 1995. Arab-Israeli Peace Process (undergraduate course), Spring 1995; Arab Politics, Spring 1995.

Tel Aviv University, 1991-1994
 Spring 1991, Summer 1992, Spring, Summer, and Autumn 1993, Spring, Summer 1994, Israeli Politics; Spring 1991, U.S. Policy and the Middle East.

Haifa University, 1991
      Comparative Dictatorships, Spring 1991.

Johns Hopkins SAIS, 1985-1991
      Autumn 1991, Terrorism & Counterterrorism; Autumn 1988 and Autumn 1989, History of Terrorism; 1983, 1984, 1985, and spring 1987, the U.S. and the Middle East; co-taught U.S. Foreign Policy Since 1945, summer 1985.

Georgetown University, 1981-1982
 School of Foreign Service, Spring 1982,   Middle East Politics; Spring 1981, Iran and America.

Anne Arundel Community College, Spring 1977, U.S. History, 2 courses.

Frederick Community College, Fall 1976, U.S. History,  2 courses.

HONORS/GRANTS
Visiting Scholar, Georgetown University (2001-2002)
      Senior Fellow, Truman Center, Hebrew University (1989-   ). Director, Distance Learning Project.
      Senior Fellow, Jewish-Arab Center, Haifa University1994- ).
      Listed in <u>Outstanding Writers of the Twentieth Century</u>, <u>Outstanding Intellectuals of the 21st Century</u>, <u>Contemporary Authors.</u>
      Received grants from Bradley Foundation for a study of American allies (1998-1999), on armed forces of the Middle East (2000-2001), and on Anti-Americanism (2002-2003).
      Grantee, BESA Center, Bar-Ilan University (1994-95) for research on Israel's Middle East policy.
      Grantee, Leonard Davis Center, Hebrew University (1993-1994) for research on U.S. Middle East policy.
      Harry Guggenheim Foundation, PLO policy and terrorism, 1990.
      Grantee, U.S. Institute of Peace, 1989-1991, Arab-Israeli peace process.
      Listed in <u>Who's Who in America</u>, 1985-86 edition to present. Who's Who in the World, 2000 edition to present.
      Director, Johns Hopkins University SAIS program on terrorism  funded by the Ford and the Bradley Foundations (1986-1992).
      Visiting Fellow, Dayan Center for Middle East Studies, Tel Aviv  University, 1987-88.
      Council on Foreign Relations/National Endowment for the      Humanities, International Affairs Fellow, 1984-85.
      USIA Speaking Trip to Middle East and South Asia, 1982.
      German Marshall Fund grant for research in Africa, 1980.
      World Press Freedom Committee grant, 1978-1979.
      National Defense Foreign Language Fellow (Arabic), 1977-78.

LANGUAGES
French, Hebrew, Arabic.

CONSULTING

Consultant, U.S. House of Representatives, Task Force to Investigate Certain Allegations Concerning the Holding of American Hostages by Iran in 1980 ("October Surprise"), 1992.

Principal Investigator, Regional Conflicts in the Middle East, Office of Net Assessments, Defense Department, 1989-90 (Orkand).

Principal Investigator, Projection of Middle East Politics, Economics, and Military Affairs, U.S. Army, 1988-89 (Orkand).

Co-principal Investigator, The New Generation in Arab Politics, study for U.S. government, 1988-89. (Orkand).

Principal Investigator, Egyptian fundamentalism, for U.S. government, 1988-89. (Orkand)

Senior Analyst, Study on Narcopolitics in Latin America, for the U.S. Department of Defense, 1987-88. (Orkand).

Principal Investigator, Study on Iran's Armed Forces and Persian Gulf Contingencies for U.S. Army. 1986-87. (Orkand).

U.S.-Iran Relations, State Department study, 1982-83.

USSR and the Third World, Defense Department study, 1982-83.

PUBLIC SERVICE

Editor, The Sentinel, quarterly journal of the Baltimore and Ohio Railroad Historical Society (2001-  ).

International Advisory Board, Centre for Israeli Studies, University College London.

Editorial Board, Turkish magazine of Ari movement.

Vice-President, Association of Americans and Canadians in Israel (1999-2000).