UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHAIM KAPLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-483 (RCL) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

|  |  |  |
|---|---|---|
| CHAIM KAPLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-646 (RCL) |
| HEZBOLLAH, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

# ORDER

The plaintiffs moved for entry of judgment on the default as to North Korea, Iran, and the Central Bank of Iran (CBI) on May 12, 2014 (09-646, ECF 53; 10-483, ECF 51). For the reasons stated in the Memorandum Opinion issued this date, plaintiffs' motion is GRANTED as to North Korea and Iran, and DENIED as to CBI. Further, because plaintiffs have not presented any evidence upon which the Court may find CBI liable, the case against CBI is hereby DISMISSED.

Upon consideration of the need for judicial economy, the question of individual damages shall be referred to a Special Master to take evidence and file a report and recommendation. Rule

1

53 of the Federal Rules of Civil Procedure provides that any party may suggest candidates for appointment. In a number of prior cases involving Iran, the Court has appointed Alan Balaran as Special Master. Any other suggested candidates shall be submitted to the Court within 15 days of this date.

**SO ORDERED**.

Signed by Royce C. Lamberth, U.S. District Judge, on July 23, 2014.