**No. 16-7122**　　　　　　　　　　　　September Term, 2018

1:09-cv-00646-RCL

Filed On: September 6, 2018 [1749238]

Chaim Kaplan, et al.,

    Appellants

    v.

Hezbollah, also known as Hizbullah, also known as Hizbollah, also known as Hezballah, also known as Hizballah and Democratic People's Republic of Korea, also known as North Korea,

    Appellees

## M A N D A T E

In accordance with the judgment of July 20, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

        BY:    /s/
                    Ken R. Meadows
                    Deputy Clerk

Link to the judgment filed July 20, 2018