UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X

CHAIM KAPLAN, *et al.*,

                Plaintiffs,                Civ. No. 19-03187-BMC

        -against-

HEZBOLLAH,

                Defendant.

----------------------------------------------------------------------- X

## DECLARATION OF ROBERT J. TOLCHIN

Robert J. Tolchin declares pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney licensed to practice law in the State of New York and am a member of the Bar of this Court. I am counsel for the plaintiffs in the above-captioned action.

2.     I was also counsel for the plaintiffs in their actions in the U.S. District Court for the District of Columbia against North Korea, *Kaplan v. Hezbollah, et al.*, Civil No. 09-646 (RCL) ("North Korea Action") and against the Islamic Republic of Iran, *Kaplan, et al., v. Central Bank of the Islamic Republic of Iran*, *et al.*, Civil No. 10-483 (RCL) ("Iran Action").

3.     The documents appended hereto as Exhibit 1 are true copies of all of the evidence submitted by the plaintiffs to the Special Master and to the U.S. District Court in support of their claims for damages in the North Korea Action and the Iran Action.

Dated: May 23, 2021

                                                                              Robert J. Tolchin