UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHAIM KAPLAN, et al.,                                            JUDGMENT

                          Plaintiffs,                            19-cv-3187 (BMC) (ST)

          v.

HEZBOLLAH,
                          Defendant.
----------------------------------------------------------------X

An Order of Honorable Brian M. Cogan, United States District Judge having been filed

on October 3, 2022, adopting the Report and Recommendation of Magistrate Steven Tiscione,

dated September 16, 2022, granting plaintiffs' motion for a default judgment; it is

          ORDERED and ADJUDGED that plaintiffs' motion for a default judgment is granted;

and that judgment is hereby entered in favor of plaintiffs and against defendants in the amount of

$111,485,900.01.

Dated: Brooklyn, New York                          Brenna B. Mahoney
          October 5, 2022                          Clerk of Court

                                          By:      /s/Jalitza Poveda
                                                   Deputy Clerk