Case 1:19-cv-03187-BMC-ST Document 134 Filed 03/08/23 Page 1 of 2 PageID #: 1300



Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York 10022
www.wiggin.com

Joseph G. Grasso
215.988.8312
212.551.2888 fax
jgrasso@wiggin.com

**VIA ECF**

March 8, 2023

Honorable Brian M. Cogan
U.S. District Court
Eastern District of New York – Room 118
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Chaim Kaplan, et al., v. Hezbollah*, Case No. 1:19-cv-03187-BMC-ST

Dear Judge Cogan:

We represent interested party Jammal Trust Bank under liquidation ("JTB") in connection with the above-captioned matter. We write this ex parte correspondence on behalf of JTB to submit supplemental factual evidence in further support of JTB's Motion for Relief (ECF Doc. No. 122) and in opposition to Plaintiffs' Motion to Enforce Judgment (ECF Doc. No. 126). This ex parte submission is made in accordance with the Court's statements at the hearing that took place on February 28, 2023.

JTB submits the attached Declaration of **REDACTED**, including its Exhibits 1 through 8 (collectively attached as Exhibit A), which include correspondence[1] between U.S. Treasury personnel and **REDACTED** personnel, and related evidence that corroborates statements counsel made on behalf of JTB during the February 28 hearing.

In the event the Court does not grant complete relief from the Restraining Notice in the form of vacating the Restraining Notice in its entirety, we respectfully request that the Court take into consideration the equities by modifying the Restraining Notice to permit the release of funds in JTB's account at Standard Chartered Bank to pay **REDACTED** for work it had already performed before January 27, 2023, as that work was performed in reliance on the license issued by OFAC and prior payments made to **REDACTED** from the account pursuant to that license. Moreover, neither JTB nor **REDACTED** had notice that there was any reason that funds in JTB's account could not continue to be used to pay **REDACTED** for any of the work completed, until Standard Chartered Bank notified JTB of the Restraining Notice on January 27, 2023. *See* Timeline, Exhibit 1 to Declaration, Exhibit A.

---

[1] The Department of the Treasury declined to provide a statement for the Court in this matter.

Honorable Brian M. Cogan
March 8, 2023
Page 2

As noted in the Motion for Leave to E-File Sealed Documents, we respectfully request that this letter be for the Court's eyes only.

We thank the Court for its consideration.

                                       Respectfully submitted,

                                       WIGGIN AND DANA LLP

                                       By: */s/ Joseph G. Grasso*
                                             Joseph G. Grasso
                                             Paul Tuchmann
                                             Michael Kenny

                                             *Of Counsel for Interested Party JTB*

                                             David Laufman
                                             800 17th Street NW
                                             Suite 520
                                             Washington, DC 20006