UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM KAPLAN, *ET AL.*,<br>*Plaintiffs,*<br><br>v.<br><br>HEZBOLLAH,<br>*Defendant.* | CASE NO.: 1:19-cv-03187-BMC-ST |

### DECLARATION OF REDACTED

I, REDACTED hereby declare as follows:

1. I am a forensic accountant and a principal of the REDACTED, and I have led a team of forensic accountants conducting a forensic audit of Jammal Trust Bank (under liquidation) ("JTB") following the imposition of sanctions on JTB in August 2019 by the Office of the Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury ("Treasury").

2. I submit this Declaration based upon my personal knowledge, in further support of JTB's motion by order to show cause for an Order vacating the Restraining Notice dated November 18, 2022 (the "Restraining Notice") issued by Plaintiffs' counsel in this case to Standard Chartered Bank of New York ("SCB"). I previously submitted a Declaration dated February 15, 2022. I also submit this Declaration in opposition to Plaintiffs' Motion for a turnover of the funds from JTB's blocked account at SCB ("the SCB Account").

3. All of the work that REDACTED performed in connection with forensic audits of JTB was in reliance on being paid for that work pursuant to the multiple licenses which OFAC has issued to JTB (collectively, the "License") authorizing SCB to disburse funds from JTB's blocked

account for the performance of these audits. (A copy of the most recent, pending License dated April 21, 2022 and valid through June 30, 2023 was previously submitted by Plaintiffs' counsel – *see* ECF Doc. No. 129-4.)

4. REDACTED is a small business headquartered in REDACTED The unpaid fees and expenses incurred by REDACTED as represented in the outstanding invoices to JTB, exceed the amount of cash available in REDACTED's corporate accounts.

5. REDACTED first learned about the Restraining Notice on January 27, 2023. (A timeline of relevant dates pertaining to when REDACTED performed work for JTB pursuant to the License, and when it sought to be paid for that work, is attached as Exhibit 1).

6. REDACTED's October 2022, November 2022, and December 2022 invoices were issued to SCB before anyone notified REDACTED of the Restraining Notice. Fees accrued up to January 27, 2023 are included in the January 2023 invoice, and when added to the three outstanding invoices for 2022, bring REDACTEDs outstanding balance with JTB to approximately $1.3 million. REDACTED had no reason to suspect a problem concerning continued payment from the SCB Account prior to being notified of the Restraining Notice, as payment delays from the SCB Account of around three months have been a common occurrence with other past invoices.

7. Following its receipt of a copy of the Restraining Notice, REDACTED continued to perform its forensic investigative work in good faith in reliance on the most recent License. *See* ECF Doc. No. 129-4. Specifically, REDACTED continued to conduct its forensic auditing work in conjunction with Treasury, which resulted in additional Treasury designations. At the same time, REDACTED had no choice but to scale down its overall operations and give notice to its contractors of a potential termination of the project. The accrued fees for February are reflected in the February 2023 invoice and bring the total outstanding invoices to approximately **$1.6 million.**

1

8. Prior to learning of the Restraining Notice from SCB on January 27, 2023, REDACTED had no reason to believe that the funding of its work would be cut off. OFAC had renewed the license authorizing the provision of forensic accounting services to JTB on several occasions, and specifically authorized payments from the SCB Account. *See* OFAC License Renewal, ECF Doc. No. 129-4. Furthermore, OFAC REDACTED, REDACTED continued to meet and brief OFAC on its reports and findings, and REDACTED had seen the results of its substantive contributions to OFAC and Treasury's work in combatting terrorist financing.

9. The following correspondence from Treasury REDACTED REDACTED attached as Exhibits 2 through 8:[1]

    a. Exhibit 2 - Email exchange between REDACTED and REDACTED dated May 11, 2021 at 10:44 AM, forwarding REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED

    b. Exhibit 3 - Email exchange between REDACTED and REDACTED dated Thursday, September 16, 2021 noting REDACTED

    c. Exhibit 4 - Email exchange between REDACTED and REDACTED dated Tuesday, October 26, 2021 regarding REDACTED .

---

[1] Exhibits 2 through 8 are redacted, and we have removed any personally identifying information including any names.

    d. Exhibit 5 - Email exchange between REDACTED and REDACTED dated Monday, November 22, 2021 noting, REDACTED

REDACTED

    e. Exhibit 6 - Email exchange between REDACTED and REDACTED dated Tuesday, July 19, 2022 noting REDACTED

REDACTED

    f. Exhibit 7 - Secure Signal messaging exchange between REDACTED and REDACTED REDACTED Analyst dated November 17, 2022, specifically noting REDACTED

REDACTED

REDACTED

REDACTED

    g. Exhibit 8 - Secure Signal messaging exchange between REDACTED and REDACTED REDACTED Analyst dated February 4, 2023, specifically noting REDACTED

REDACTED

10. Given the sensitive nature of this information, I request that the contents of this Declaration and any other supporting documents be sealed.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 8, 2023

REDACTED

REDACTED

3

# EXHIBIT 1

**Timeline of REDACTED Notice regarding the Restraining Notice Served on Standard Chartered Bank for Jammal Trust Bank's Account There**

| Date | Event |
|---|---|
| 18 Nov 2022 | Restraining Notice issued to Standard Chartered Bank ("SCB") freezing funds in Jammal Trust Bank's ("JTB") account. |
| 18 Nov 2022 | REDACTED sends JTB invoice for work performed for JTB in October 2022 pursuant to OFAC license ($303,000). |
| 21 Nov 2022 | JTB requests SCB release JTB funds pursuant to OFAC license to pay REDACTED October Invoice ($303,000). |
| 29 Dec 2022 | REDACTED sends JTB invoice for work performed for JTB in November 2022 pursuant to OFAC license ($350,000). |
| 4 Jan 2023 | JTB requests SCB release JTB funds pursuant to OFAC license to pay REDACTED November Invoice ($350,000). |
| 26 Jan 2023 | REDACTED sends JTB invoice for work performed for JTB in December 2022 pursuant to OFAC license ($330,000). |
| 27 Jan 2023 | JTB requests SCB release JTB funds pursuant to OFAC license to pay REDACTED December Invoice ($330,000). |
| 27 Jan 2023 | Trustee in Liquidation for JTB (and REDACTED through JTB) first learn of the Restraining Notice in place when Standard Chartered Bank notifies them in response to JTB's Request and does not release any funds. |
| 31 Jan 2023 | JTB's Counsel contacts Plaintiffs' Counsel in *Kaplan v. Hezbollah*. |
| 10 Feb 2023 | REDACTED sends JTB invoice for work performed for JTB in January 2023 pursuant to OFAC license ($362,000). |
| 16 Feb 2023 | JTB files Motion to Seal attaching Motion for Relief. *See* ECF Doc. No. 120. |
| 20 Feb 2023 | JTB requests SCB release JTB funds pursuant to OFAC license to pay REDACTED January Invoice ($362,000). |
| 6 March 2023 | REDACTED sends JTB invoice for work performed for JTB in February 2023 pursuant to OFAC license ($297,000). |